**Order entered September 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01390-CV

**BRIAN ANTHONY BERARDINELLI, Appellant**

**V.**

**NOVA LYNNE PICKELS, Appellee**

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-10998**

## ORDER

We **GRANT** appellant's August 29, 2013 motion for an extension of time to file an amended brief. Appellant shall file his amended brief on or before September 30, 2013.

/s/     DAVID LEWIS
             JUSTICE